THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: October 29, 2015

Susan V. Kelley
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re )
) Bankruptcy Case No. 12-36966-svk
LATOYA S. AYERS, ) Chapter 13
)
)
Debtor. )

**ORDER APPROVING STIPULATION ALLOWING WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS**

Pursuant to the stipulation by and between the parties,

IT IS HEREBY ORDERED THAT:

1. The Trustee is allowed to withdraw the Motion to Dismiss

2. The Debtor shall pay $165 monthly, or other such amount as specified under the terms of any subsequent Chapter 13 plan confirmed by this Court, to the Office of the Chapter 13 Trustee on or before the last day of each month commencing with October 2015.

3. Should the Debtor fail to make the equivalent of one monthly payment through and including June 2016, the Trustee may submit an Affidavit of Default and an Order Dismissing Case without further notice or hearing.

4. The deadlines referred to in the above paragraph will be strictly enforced. **If the Debtor needs relief from the deadlines for payments, the Debtor should seek relief from these deadlines before the Trustee files an Affidavit of Default. If, however, the Trustee has filed an Affidavit of Default and the Debtor objects to such Affidavit, the Debtors shall file the objection within 7 days after the Trustee has filed the Affidavit of Default and should file the objection only if the Debtor**

**can prove either (a) that there was no default or (b) that extraordinary circumstances existed.**

5. After the expiration of the deadlines and for the balance of the plan, the Trustee may renew the Motion by letter to the Court with a copy of the letter to the Debtor and their counsel, allowing the Debtor the opportunity to request another hearing. If no hearing is timely requested on a Motion that has been renewed by letter, this case will be dismissed without further hearing upon the filing of an Affidavit of No Objection by the Trustee.

#####

Drafted by:
Daniel T. Beasley
DeLadurantey Law Office, LLC
735 W Wisconsin Ave., Suite 720
Milwaukee, WI 53233
(414) 377-0515; Fax (414) 755-0860